**ORIGINAL**

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America



FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 08MJ0132 |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), <br>     aka "Lee Dog", <br> MELVIN ALEXANDER (2), <br> JOSE GALVAN RICO (3), <br>     aka "Mija", <br> ELEODORO CASTILLO (4), <br>     aka "Onko", <br> DAPHNE ROSALINDA JACKSON (5), <br>     aka Daphne R. Rae, <br> BERNAL ANTHONY MITCHELL (6), <br>     aka "Tony", <br> ALLEN MATTHEW BAKER Jr. (7), <br>     aka "J.R.", aka Tracy Reyard Diggs, <br>     aka Marcus Johnson, <br> MICHAEL DWAYNE TRYALS (8), <br>     aka "Texas Mike", aka Michael Tryls, <br>     aka Dave Brooks, aka Leon Howard <br>     Blair, aka Earl David Hollis, <br> BOBBY SHAWN LOCKHART (9), <br>     aka "Blue", <br> ALEXANDER WEIR IV (10), <br>     aka "Brick", <br> ALEXANDER WEIR V (11), <br>     aka "Lil' Brick", <br> FELIPE MEDINA (12), <br> MELVIN ANDRE BIBBS (13), <br> MARK EDWARD RUNNELS (14), <br>     aka "Marky Mark", <br><br> Defendants. | |

1  COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
2  KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,
3  and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the
4  above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery
5  to defense counsels in the near future.

DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney