**ORIGINAL**



1
2
3
4

5              UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, | Magistrate No. 08MJ0132 |
| 8 | Plaintiff, | |
| 9 | v. | **ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

10 LEE VAUGHN WALKER (1),
         aka "Lee Dog",
11 MELVIN ALEXANDER (2),
   JOSE GALVAN RICO (3),
12       aka "Mija",
   ELEODORO CASTILLO (4),
13       aka "Onko",
   DAPHNE ROSALINDA JACKSON (5),
14       aka Daphne R. Rae,
   BERNAL ANTHONY MITCHELL (6),
15       aka "Tony",
   ALLEN MATTHEW BAKER Jr. (7),
16       aka "J.R.", aka Tracy Reyard Diggs,
         aka Marcus Johnson,
17 MICHAEL DWAYNE TRYALS (8),
         aka "Texas Mike", aka Michael Tryls,
18       aka Dave Brooks, aka Leon Howard
         Blair, aka Earl David Hollis,
19 BOBBY SHAWN LOCKHART (9),
         aka "Blue",
20 ALEXANDER WEIR IV (10),
         aka "Brick",
21 ALEXANDER WEIR V (11),
         aka "Lil' Brick",
22 FELIPE MEDINA (12),
   MELVIN ANDRE BIBBS (13),
23 MARK EDWARD RUNNELS (14),
         aka "Marky Mark",
24
                   Defendants.
25

26       Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and

27 good cause appearing,

28 //

1  IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously
2  filed in the above-captioned matter on January 16, 2008, be unsealed.
3  IT IS SO ORDERED.
4  DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge