LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Michael Dwayne Tryals

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, 　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>MICHAEL DWAYNE TRYALS (7), 　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. 　　　)<br>　　　　　　　　　　　　　　　　　)<br>_____) | Case No. 08-CR-0256-L<br><br>**NOTICE OF MOTION AND MOTION FOR DISCOVERY; MOTION FOR PERMISSION TO FILE ADDITIONAL MOTIONS**<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Department: Judge Lorenz |

TO: UNITED STATES ATTORNEY KAREN P. HEWITT AND HER ASSISTANT, ANDREW G. SCHOPLER

PLEASE TAKE NOTICE that on the 10th day of March, 2008, at 2:00 p.m., or as soon thereafter as it may be heard, Defendant Michael Dwayne Tryals, through his attorney, will move this Court for discovery and for permission to file additional motions.

This Motion is based upon the attached Points and Authorities filed herewith.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/Lynn H. Ball*

Date: February 4, 2008
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lynn H. Ball
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Michael Dwayne Tryals
　　　　　　　　　　　　　　　　　　　E-mail: lhball@sbcglobal.net