**PROOF OF SERVICE**
C.C.P. §1013(A), C.R.C. 2003(3), 2005(i)

UNITED STATES OF AMERICA, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
*USA V. MICHAEL DWAYNE TRYALS*
*UNITED STATES DISTRICT COURT*
*CASE NO. 08-CR-0256-L*

    I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of San Diego, State of California, and not a party to this within action. My business address is 1560 Scott Street, San Diego, CA 92106.

    On February 4, 2008, I served the foregoing documents described as **NOTICE OF MOTION AND MOTION FOR DISCOVERY, MOTION TO FILE ADDITIONAL MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** on all interested parties in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Andrew G. Schopler, AUSA
    U.S. Attorney's Office
    Southern District of California, Criminal Division
    880 Front Street, Room 6293
    San Diego, CA 92101
    619-952-8953; 619-235-2757 - fax
    Andrew.Schoplers@usdoj.gov

____  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__x__  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
    None
the last known address, at which place there is delivery service of mail from the United States Postal Service.

    **EXECUTED** on February 4, 2008, at San Diego, California.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Audrey Tomaselli