LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Michael Dwayne Tryals

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL DWAYNE TRYALS (7),<br><br>  Defendant. | Case No. 08-CR-0256-L<br><br>**EX-PARTE APPLICATION FOR PERMISSION FOR A NOTARY TO ENTER METROPOLITAN CORRECTION CENTER**<br><br>Department: Judge Lorenz |

NOW COMES LYNN H. BALL, attorney for Michael Dwayne Tryals, and requests that the Court authorize paralegal and Notary Public, Michelle T. Hannink, to enter the Metropolitan Correction Center with Attorney Lynn H. Ball for the purpose of notarizing documents for Defendant Michael Dwayne Tryals.

This application is based upon the attached Declaration of Lynn H. Ball.

Respectfully submitted,

*s/Lynn H. Ball*

Date: February 8, 2008

_____
Lynn H. Ball
Attorney for Defendant Michael Dwayne Tryals
E-mail: lhball@sbcglobal.net