LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Michael Dwayne Tryals

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                        Plaintiff,       )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>MICHAEL DWAYNE TRYALS (7),  )<br>                                                              )<br>                        Defendant.    )<br>                                                              )<br>_____) | Case No. 08-CR-0256-L<br><br>**DECLARATION OF<br>LYNN H. BALL**<br><br><br><br><br>Department: Judge Lorenz |

    1. I am Lynn H. Ball and I am the attorney for Michael Dwayne Tryals.

    2. It is necessary that Mr. Tryals sign some legal documents in front of a Notary Public for him to get his affairs in order because he is presently incarcerated without bond.

    3. Michelle T. Hannink is a paralegal and a Notary Public and it is requested that the Court authorize her to enter the Metropolitan Correction Center or any other Federal holding facility, such as GEO or CCA, for the purpose of Ms. Hannink witnessing Mr. Tryals' signature.

    4. I t is further requested that she be authorized to bring her Notary Public instruments into the Metropolitan Correction Center or any other Federal holding facility, such as GEO or CCA.

/ / /

/ / /

1     Sworn to under penalty of perjury of the laws of the State of California this 8th day of February, 2008.

                                               *s/Lynn H. Ball*
                                               Lynn H. Ball