UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DWAYNE TRYALS (7),<br><br>　　　　Defendant. | Case No. 08-CR-0256-L<br><br>**ORDER AUTHORIZING<br>A NOTARY TO ENTER<br>METROPOLITAN CORRECTION<br>CENTER** |

　　　IT IS HEREBY ORDERED that Notary Public Michelle T. Hannink be authorized to enter either the Metropolitan Correction Center, GEO or CCA facility for the purpose of serving as a Notary Public and witnessing the signature of Michael Dwayne Tryals.

　　　IT IS FURTHER AUTHORIZED that she be authorized to take her Notary Public Book and her Notary Seal into the holding facility with her.

DATED: February 12, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge