LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Michael Dwayne Tryals

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0256-L |
|---|---|---|
| Plaintiff, | ) ) | **MOTION FOR REVOCATION OF DETENTION ORDER** |
| vs. | ) ) | **(18 *U.S.C.* §3145(b))** |
| MICHAEL DWAYNE TRYALS (7), | ) ) | Motion date: July 7, 2008 |
| Defendant. | ) ) | Time: 3:00 p.m. Department: Judge Lorenz |
| | ) | |

NOW COMES LYNN H. BALL, attorney for Michael Dwayne Tryals, and requests this Court to revoke the Detention Order issued by Magistrate Judge Stormes. This Motion is based upon the attached Declaration of Lynn H. Ball.

Respectfully submitted,

Date: July 1, 2008

*s/Lynn H. Ball*
Lynn H. Ball
Attorney for Michael Dwayne Tryals
E-mail: lhball@sbcglobal.net