LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Michael Dwayne Tryals

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL DWAYNE TRYALS (7), ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 08-CR-0256-L <br><br> **DECLARATION OF** <br> **LYNN H. BALL** <br><br> Motion date: July 7, 2008 <br> Time: 3:00 p.m. <br> Department: Judge Lorenz |

1. I am Lynn H. Ball and I am the attorney for Michael Dwayne Tryals.

2. Mr. Tryals was detained on a basis of flight risk by The Honorable Magistrate Stormes and requests this Court to revoke the Detention Order and set bail conditions.

3. Mr. Tryals has been a resident of San Diego County for many years. It is true that the charges carry a ten-year mandatory minimum, but that is the least important of the Court's consideration.

4. Mr. Tryals indicates that he has three friends who would be willing to put up approximately $150,000.00 in bail. Additionally, his mother owns a house in Texas which has equity of approximately $70,000.00 and his mother has indicated that she is willing to put up her house for her son.

5. Mr. Tryals is a Navy veteran and a citizen of the United States of America and really has nowhere to run or hide. He desires to face these charges and believes that it would be advantageous to him in assisting his defense if he was released from custody.

6. Mr. Tryals would be willing to wear a GPS device and abide by a curfew pending resolution of his case and would be supervised by Pretrial Services.

Sworn to under penalty of perjury of the laws of the State of California this 1st day of July, 2008.

      *s/Lynn H. Ball*
Lynn H. Ball